IN THE UNITED STATE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHRISTY GRIFFITH, individually and on behalf of all others similarly situated | ) ) ) | Case No. 16-cv-2900 |
| Plaintiff, | ) ) ) | Hon. Elaine S. Bucklo |
| v. | ) ) ) | Magistrate Judge |
| CONTEXTMEDIA, INC. and DOES 1-25 | ) ) | Mary M. Rowland |
| Defendants. | ) ) | |

**Defendant ContextMedia, Inc.'s Motion to Stay**

Defendant ContextMedia, Inc. ("ContextMedia") hereby moves to stay all proceedings pending the Supreme Court's decision in *Spokeo, Inc. v. Robins*, 742 F.3d 409 (9th Cir. 2014), *cert. granted*, 135 S. Ct. 1892 (U.S. Apr. 27, 2015) (No. 13-1339). This motion is based on the accompanying memorandum of law. A stay is appropriate in this case for three reasons:

1. *Spokeo* will likely determine if the Plaintiff Christy Griffith has standing in this case. This question should be resolved before this Court and the parties spend the considerable resources inherent in proceeding with litigation.

2. This Complaint was just filed four days ago. It could hardly be at an earlier stage, and no party will be prejudiced by any stay.

3. The Plaintiff does not claim any continuing, ongoing injury or damages, so there should be no dispute that there is no compelling interest in expediting this proceeding in the face of such an important decision pending before the Supreme Court.

For these reasons, and as more fully set forth in the accompanying memorandum, ContextMedia respectfully asks this Court to stay all proceedings until the Supreme Court has ruled in *Spokeo*. In accordance with Paragraph A of this Court's standing order on Motion Practice, ContextMedia's counsel attempted to learn whether there is an objection to this motion and was informed that the Plaintiff will oppose it.

**Dated:**  March 11, 2016                    Respectfully submitted,


                              /s/     Bevin Brennan

                              Kevin D. Finger (#6216060)
                              Bevin Brennan (#6271982)
                              Olesya A. Salnikova (#6313887)
                              DLA Piper LLP (US)
                              203 North LaSalle Street, Suite 1900
                              Chicago, Illinois 60601

                              *Counsel for Defendant ContextMedia, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2016, I filed the foregoing **Defendant ContextMedia, Inc.'s Motion to Stay** through the Court's electronic filing system and thereby served counsel of record as follows:

    Jeremy M. Glapion
    THE GLAPION LAW FIRM, LLC
    1704 Maxwell Drive
    Wall, New Jersey 07719
    Tel: 732.455.9737
    Fax: 732.709.5150
    jmg@glapionlaw.com


                                                /s/    Bevin Brennan