IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christy Griffith          )<br>                           )<br>    Plaintiff,          )<br>                           )<br>                           )<br> v.                        ) Case No. 16 C 2900<br>                           )<br>                           )<br>ContextMedia, Inc.         )<br>                           )<br>    Defendant.             )<br>                           )<br>                           ) | |

ORDER

Defendant's motion to stay is granted. Plaintiff filed this action on March 7, 2016, alleging that defendant violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. ("TCPA") by sending her text messages that did not contain opt out language and by continuing to send her text messages after she attempted to invoke the opt out procedure contained in other messages. Four days later, before filing a responsive pleading, defendant moved to stay the case pending the Supreme Court's decision in *Spokeo, Inc. v. Robins*, 742 F.3d 409 (9th Cir. 2014), cert. granted, 135 S. Ct. 1892 (U.S. Apr. 27, 2015) (No. 13-1339).

The parties dispute the significance to plaintiff's claim of the Court's impending decision in *Spokeo*, which addresses the

standing of plaintiffs alleging only statutory violations but no actual injury. Specifically, they dispute whether plaintiff has pled an actual injury rather than merely a statutory injury, and, if so, whether *Spokeo* nevertheless bears on her claim. Without resolving whether plaintiff's allegations adequately state an actual, injury, I conclude that the Court's decision in *Spokeo* could streamline the issues in the case, in that it may either foreclose or uphold one possible theory on which plaintiff could succeed on her claim. Moreover, I see no significant prejudice to plaintiff in granting the stay, as this case is in its infancy, and it appears likely that the Court will issue its decision in *Spokeo* shortly.

**ENTER ORDER:**

_____
**Elaine E. Bucklo**
United States District Judge

Dated: May 2, 2016