# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Christy Griffith

Plaintiff,

v.                                                          Case No.: 1:16–cv–02900

Honorable Elaine E. Bucklo

ContextMedia, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 23, 2016:

      MINUTE entry before the honorable Elaine E. Bucklo: Defendant's Motion to life the stay and for time to answer or otherwise plead [15] is granted. Plaintiff to file an amended complaint by 6/14/2016. Defendant Contextmedia, Inc. to respond by 7/14/2016. Scheduling Conference set for 7/22/2016 at 9:30 AM. Status hearing date of 8/17/2016 is stricken. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.