IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTY GRIFFITH, individually and on behalf of all others similarly situated ) ) ) | Case No. 16-cv-2900 |
| Plaintiff, ) ) ) | Hon. Elaine S. Bucklo |
| v. ) ) ) | Magistrate Judge Mary M. Rowland |
| CONTEXTMEDIA, INC. and DOES 1-25 ) ) | |
| Defendants. ) | |

**DEFENDANT CONTEXTMEDIA, INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

Defendant ContextMedia, Inc. ("ContextMedia") hereby moves to dismiss the First Amended Complaint filed by Plaintiff Christy Griffith pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). In support of this Motion, ContextMedia respectively states as follows:

1. In this lawsuit, Ms. Griffith alleges, at best, no more than technical violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227. Specifically, Ms. Griffith seeks recovery from Defendant ContextMedia, Inc. for the receipt of text messages providing daily nutrition tips.

2. Her claims should be dismissed in whole or in part for three reasons.

3. First, Ms. Griffith lacks an injury-in-fact necessary for this Court to exercise jurisdiction over her claims based on the recent Supreme Court opinion *Spokeo, Inc. v. Robins*. 136 S. Ct. 1540 (2016).

4. Second, in the alternative, should the Court find that it can exercise jurisdiction over her claims, Ms. Griffith's allegations cannot support either declaratory or injunctive relief. (FAC at 12, Prayer for Relief ¶¶ B, C.) She concedes that her claims have already accrued, for

which she seeks damages, and she does not (and cannot) allege any ongoing conduct. These prayers for relief should be dismissed.

5. Third, the TCPA does not have a fee-shifting provision, and there is no basis to award Ms. Griffith any attorneys' fees from ContextMedia in addition to any actual or statutory damages. (*Id.* ¶ D.)

For these reasons, and as more fully set forth in the accompanying memorandum, ContextMedia respectfully asks this Court to dismiss this proceeding in the wake of the Supreme Court's decision in *Spokeo* pursuant to Federal Rule of Civil Procedure 12(b)(1). In the alternative, ContextMedia respectfully requests that this Court dismiss Ms. Griffith's claims for declaratory relief, injunctive relief and attorneys' fees with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6).

Dated: July 14, 2016                                  Respectfully submitted,

                                                      /s/ ___Bevin Brennan_____

                                                      Kevin D. Finger (#6216060)
                                                      Bevin Brennan (#6271982)
                                                      Olesya A. Salnikova (#6313887)
                                                      DLA Piper LLP (US)
                                                      203 North LaSalle Street, Suite 1900
                                                      Chicago, Illinois 60601

                                                      *Counsel for Defendant ContextMedia, Inc.*

EAST\126349667.1

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2016, I filed the foregoing ***Defendant ContextMedia, Inc.'s Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)*** through the Court's electronic filing system and thereby served counsel of record as follows:

    Jeremy M. Glapion
    THE GLAPION LAW FIRM, LLC
    1704 Maxwell Drive
    Wall, New Jersey 07719
    Tel: 732.455.9737
    Fax: 732.709.5150
    jmg@glapionlaw.com

                                      By:  /s/ Bevin M. Brennan_____
                                                 Bevin M. Brennan
                                                 Attorney for ContextMedia, Inc.