UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTY GRIFFITH**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CONTEXTMEDIA, INC.,** and DOES 1-25<br><br>Defendant. | Civil Case No.: 16-2900<br><br>Hon. Elaine E. Bucklo<br><br>Magistrate Judge Mary M. Rowland |

**Report of Parties' Planning Meeting**

The parties jointly submit this Report of Parties' Planning Meeting in advance of the scheduling conference set for Friday, November 18, 2016 at 9:00 a.m., in accordance with this Court's standing procedures:

1. **Meeting.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on November 10, 2016 via telephone, and was attended by Jeremy M. Glapion, on behalf of Plaintiff Christy Griffith ("Plaintiff"), and Bevin Brennan, on behalf of Defendant ContextMedia, Inc. ("ContextMedia").

2. **Pretrial Schedule**. The parties jointly propose to the Court the following discovery plan:

   Plaintiff to amend pleadings by:  January 31, 2017

   Plaintiff to add any additional parties by:  January 31, 2017

   Defendant to amend pleadings by:  March 31, 2017

   Defendant to add any additional parties by:  March 31, 2017

3. **Discovery**. Discovery will be needed on the following subjects: the equipment Defendant used to send the text messages at issue; consent to receive the text messages and/or any revocation thereof; class certification elements; the cellular telephone used by the Plaintiff and messages she alleges she received from Defendant on that cellular telephone; the Plaintiff's cellular telephone billing records; and any purported damages or injuries suffered by the Plaintiff.

    a. Disclosures pursuant to Fed. R. Civ. 26(a)(1) to be made by December 9, 2016.

       Fact discovery to be commenced in time to be completed by June 9, 2017.

 b. The parties expect that they will cumulatively need no more than seven (7) depositions.

 c. Reports from retained experts under Rule 26(a)(2) due:

|  | Plaintiff's Proposal | Defendant's Proposal |
|---|---|---|
| Plaintiff's Expert Report | August 25, 2017 | August 25, 2017 |
| Defendant's Expert Report | September 29, 2017 | November 17, 2017 |
| Expert Discovery Close | October 20, 2017 | February 16, 2018 |

 d. All potentially dispositive motions and Plaintiff's Motion for Class Certification[1] should be filed by:

|  | Plaintiff's Proposal | Defendant's Proposal |
|---|---|---|
| Motion for Class Certification | By November 17, 2017 | By November 17, 2017 (if Plaintiff is permitted to file an additional motion for class certification) |
| Dispositive Motions | By November 17, 2017 | By the later of: (i) March 21, 2018; or (ii) 30 days after the Court's ruling on a motion for class certification (if Plaintiff is permitted to file an additional motion for class certification) |

 e. Final pretrial order: Plaintiff to prepare proposed draft within 30 days of the Court's decision on any potentially dispositive motion, but no sooner than December 18, 2017; parties to file joint pretrial order within 60 days of the Court's decision on any potentially dispositive motion, but no sooner than January 16, 2018. If no dispositive motions are filed, the parties will meet and confer to set dates for the preparation and filing of the pretrial order.

 f. The case should be ready for trial within 30 days after the Court's approval of the joint pretrial order. Trial is expected to take three to five days.

---

[1] This schedule is being proposed in the event that the Court permits Plaintiff to file an additional Motion for Class Certification. Defendant maintains its objections to any such filing and awaits the Court's ruling on the pending Motion for Class Certification scheduled for November 18, 2016. It reserves all of its rights with respect to, and expressly does not waive, its positions as stated in its opposition to that motion, including its position that Plaintiff is not entitled to file an amended motion for class certification.

4. **Settlement**. Plaintiff has made a settlement demand in writing. Defendant has rejected this demand and made a counteroffer. Plaintiff has rejected this counteroffer.

5. **Consent**. The parties do not consent unanimously to proceed before a Magistrate Judge.

**Dated**: November 16, 2016

*s/ Jeremy M. Glapion*
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
*Counsel for Plaintiff Christy Griffith*

*s/ Bevin Brennan*
Bevin Brennan
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
Tel: (312) 368-2171
Fax: (312) 251-2171
bevin.brennan@dlapiper.com

*Counsel for Defendant ContextMedia, Inc*.