## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Christy Griffith

                   Plaintiff,

v.                                            Case No.: 1:16–cv–02900
                                            Honorable Elaine E. Bucklo

ContextMedia, Inc.

                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 18, 2016:

    MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling Conference and motion hearing held. The Court adopts the report of parties planning meeting as modified. Parties to comply with FRCP 26(a)(1) by 12/9/2016. Plaintiff is given to and including 1/31/2017 to amend all pleadings and to add any additional parties. Defendant is given to and including 3/31/2017 to amend all pleadings and to add any additional parties. Fact discovery ordered closed by 6/9/2017. Plaintiff shall comply with FRCP(26) (a)(2) by 8/25/2017. Defendant shall comply with FRCP(26)(a)(2) by 10/16/2017. All expert discovery ordered closed by 12/15/2017. Motion for Class Certification with supporting memoranda due by 11/17/2017. Dispositive motions with supporting memoranda due by 1/17/2018. Plaintiff Christy Griffith's Motion for Class Certification pursuant to Fed R. Civ. P. 23(B)(3), or, in the alternative, to defer consideration of the motion until necessary discovery is completed [23] is continued as discussed in open court. Status hearing set for 2/24/2017 at 9:30 a.m., parties to report the total amount of people in the class. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.