

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Kevin D. Finger

Firm   DLA PIPER LLP (US)

Street Address   444 W. Lake Street, Suite 900

City/State/Zip Code   Chicago, IL 60606-0089

Phone Number   (312) 368-4000

Email address   kevin.finger@dlapiper.com

ARDC (Illinois State Bar members, only)   6216060

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:15-cv-05064 | Guerrero v. Wexford | John J. Tharp, Jr. |
| 1:16-cv-02900 | Griffith v. ContextMedia, Inc. | Elaine S. Bucklo |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Kevin D. Finger                                     February 17, 2017
_____          _____
Signature of Attorney                              Date

Rev. 01272016