# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Christy Griffith

                     Plaintiff,

v.                                                   Case No.: 1:16–cv–02900
                                                   Honorable Elaine E. Bucklo

ContextMedia, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2017:

      MINUTE entry before the Honorable Elaine E. Bucklo: The Court sets the following briefing schedule on Plaintiff Christy Griffith's motion for class certification pursuant to Fed. R. Civ. P. 23(b)(3) [60] as follows: Defendant to respond by 9/14/2017. Plaintiff to reply by 9/28/2017. Ruling before Honorable Elaine E. Bucklo on 11/2/2017 at 9:30 a.m. No appearance required on 8/24/2017. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.