UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTY GRIFFITH**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CONTEXTMEDIA HEALTH, LLC d/b/a OUTCOME HEALTH**,<br><br>Defendant. | Civil Case No.: 16-2900<br><br>District Judge: Hon. Elaine S. Bucklo<br>Magistrate Judge: Hon. Mary M. Rowland |

**Plaintiff's Opposition to Defendant ContextMedia Health, LLC's Motion to Modify Briefing Schedule**

Plaintiff Christy Griffith respectfully opposes Defendant, ContextMedia Health, LLC's ("Outcome") Motion to Modify Briefing Schedule for Plaintiff's Motion to File Third Amended Complaint (Dkt. 85). Plaintiff opposes for the following reasons:

1. This case has been on file since March 7, 2016 – nearly two years. Plaintiff's Motion for Class Certification is fully briefed, and due to be decided on or before December 18, 2017. Discovery is currently closed. There is no reason to delay this case further for such a straightforward motion.

2. Outcome did not contact Plaintiff's counsel to request an extension until December 1, 2017 – the day its opposition was due – in spite of the fact that Plaintiff's Motion to Amend was filed on October 13, 2017, seven weeks in advance of Outcome's deadline to respond. It did not file its motion for additional time until after 10:00 PM that same day. Such a last-minute request is inappropriate and places the parties and the Court in a needlessly difficult position.

3. The Motion to Amend is neither novel nor difficult, and it is difficult to see a legitimate basis for any forthcoming opposition. Plaintiff's proposed amended complaint is solely intended to align the class definition in the complaint with the class definition for which Plaintiff seeks certification. Such a motion is routine, and it is unfortunate a motion was even necessary. Plaintiff believes that the instant request for additional time to respond is less about a desire to file a meaningful opposition to Plaintiff's Motion to Amend, and more about delaying this Court's ruling on Plaintiff's Motion for Class Certification, given the relationship between the Motion to Amend and the Motion for Class Certification.

4. The fact Outcome has been sued by other parties for reasons unrelated to this case is irrelevant. Outcome has retained competent and qualified counsel who certainly have the skills, resources, and staff necessary to handle multiple cases at once. Outcome does not claim otherwise.

5. Though it is true that the parties participated in a private mediation before Judge Holderman on October 16, 2017, the parties remain far apart on basic terms, and the differences appear to have widened since that mediation. Based on the most recent communications between the parties, settlement is not imminent. An additional two weeks will not materially change this situation. In fact, Plaintiff believes that a decision on class certification is necessary to move discussions forward.

Accordingly, Plaintiff respectfully requests that Outcome's request be denied, at least to the extent granting its request would also delay any decision on Plaintiff's Motion for Class Certification.

Date: December 4, 2017

*/s/ Jeremy M. Glapion*
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com

Kristen Law Sagafi
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Tel: 510.254.6808
Fax: 202.973.0950
ksagafi@tzlegal.com

Andrew Silver
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, DC 20036
Tel: 202.973.0900
Fax: 202.973.0950
asilver@tzlegal.com