UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Christy Griffith
                        Plaintiff,

v.                                             Case No.: 1:16–cv–02900
                                                        Honorable Elaine E. Bucklo

ContextMedia, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 11, 2018:

       MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for class certification pursuant to Fed. R. Civ. P. 23(b)(3) [60], and motion for leave to file third amended complaint [80] are granted. Defendant's motion to strike the Declaration of Lisa Mullins is support of Plaintiff's motion for class certification [73] is denied. Enter Memorandum Opinion and Order. Status hearing set for 2/12/2018 at 9:30 a.m. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.