UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTY GRIFFITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONTEXTMEDIA HEALTH, LLC, ) <br> d/b/a OUTCOME HEALTH, ) <br> ) <br> Defendant. ) | Case No. 1:16-cv-02900 <br><br> Judge: Elaine E. Bucklo |

**UNOPPOSED MOTION TO EXTEND AND STAY DEADLINE TO RESPOND TO THIRD AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant ContextMedia Health, LLC, d/b/a Outcome Health by and through its attorneys, submits this unopposed motion requesting that the Court extend and stay Defendant's deadline to respond to Plaintiff's Third Amended Class Action Complaint and Jury Demand (Dkt. 93). In support of this motion, Defendant states as follows:

1. On January 11, 2018, the Court granted Plaintiff's motion for leave to file a third amended complaint. (Dkt. 91, 92.)

2. Per the Court's order, Plaintiff filed her Third Amended Class Action Complaint and Jury Demand (Third Amended Complaint) on January 12, 2018. (Dkt. 93.)

3. Under Rule 15(a)(3), Defendant's Response to the Third Amended Complaint is due January 26, 2018. *See* Fed. R. Civ. P. 15(a)(3).

4. Plaintiff and Defendant have reached an agreement to settle Plaintiff's claims on a class basis and have signed a binding term sheet.

1

5. The parties are working to memorialize the agreement into a full settlement agreement and anticipate that Plaintiff will file an unopposed motion for preliminary approval in advance of the status hearing set for February 12, 2018 at 9:30 a.m. (Dkt. 91.)

6. In light of the agreement reached, Defendant requests that its obligation to respond to the Third Amended Complaint be stayed indefinitely pending submission of Plaintiff's unopposed motion for preliminary approval.

7. Plaintiff does not oppose Defendant's request for an indefinite extension and stay of Defendant's responsive-pleading deadline.

8. This request is made in the interest of judicial and fiscal economy, and neither party will be prejudiced by the granting of this motion.

WHEREFORE, Defendant ContextMedia Health, LLC d/b/a Outcome Health respectfully requests that this Court grant its unopposed motion to extend and stay its deadline to respond to the Third Amended Complaint as set forth above.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By: /s/ Colby A. Kingsbury
*Attorneys for Defendant
ContextMedia Health, LLC d/b/a Outcome Health*

Colby Anne Kingsbury (ARDC No. 6272842)
FAEGRE BAKER DANIELS LLP
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: (312) 212-6573
Facsimile: (312) 212-6501
Colby.Kingsbury@FaegreBD.com

and

Erin L. Hoffman (MN No. 0387835)
Larry E. LaTarte, Jr. (MN No. 0397782)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Erin.Hoffman@FaegreBD.com
Larry.LaTarte@FaegreBD.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26TH day of January, 2019, I electronically filed the foregoing ***UNOPPOSED MOTION TO EXTEND AND STAY DEADLINE TO RESPOND TO THIRD AMENDED COMPLAINT*** with the Clerk of the Court using the CM/ECF system and e-served same to all counsel of record.

By: /s/ Colby A. Kingsbury

3

US.116171321.01