**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CHRISTY GRIFFITH**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CONTEXTMEDIA HEALTH, LLC d/b/a OUTCOME HEALTH**<br><br>Defendant. | Case No.: 1:16-cv-02900<br><br>Honorable Elaine E. Bucklo |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT.

Plaintiff Christy Griffith, for the reasons set forth in the accompanying memorandum and attached exhibits, hereby moves this Honorable Court for an Order preliminary approving the proposed class action settlement; conditionally certifying the proposed Classes; appointing Plaintiff's attorneys Jeremy M. Glapion of Glapion Law Firm and Kristen L. Sagafi and Andrew Silver of Tycko & Zavareei as Class Counsel; approving the proposed Notice and Claims program; directing that Notice be provided pursuant to the terms of the Settlement Agreement; establishing procedures for members to object to the Settlement or exclude themselves; setting the deadline for objections or exclusions at 45 days after the Notice deadline; staying all proceedings except those relating to effectuating the Settlement; scheduling a final approval hearing, no earlier than 120 days after preliminary approval; and setting any other dates and deadlines deemed necessary, include deadlines for Plaintiff's Motion for Attorneys' Fees, Costs, and Service Awards.

Date: April 3, 2018  /s/ Jeremy M. Glapion
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com

## CERTIFICATE OF SERVICE

   I hereby certify that on August 10, 2017, I filed the foregoing Motion through the Court's electronic filing system and thereby served all filing users, including Defendant's counsel of record.

Date: August 10, 2017            */s/ Jeremy M. Glapion*_____
                         Jeremy M. Glapion
                         **THE GLAPION LAW FIRM, LLC**
                         1704 Maxwell Drive
                         Wall, New Jersey 07719
                         Tel: 732.455.9737
                         Fax: 732.709.5150
                         jmg@glapionlaw.com