# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Christy Griffith

                      Plaintiff,

v.                                                Case No.: 1:16−cv−02900
                                                               Honorable Elaine E. Bucklo

ContextMedia, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 4, 2018:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion hearing held on 4/4/2018. Plaintiff's unopposed motion for preliminary approval class action settlement [101] and its motion for leave to file excess pages [103] are granted. Notice deadline set for 6/29/2018. Fee Petition due by 7/13/2018. Objections and Request exclusions set for 9/7/2018. Claims deadline set for 10/26/2018. In−Court Final Approval Hearing (Fairness Hearing) is set for 11/16/2018 at 9:45 a.m. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.