UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTY GRIFFITH**, individually and on behalf of all others similarly situated, | Civil Case No.: 16-2900 |
| Plaintiff, | |
| v. | |
| **CONTEXTMEDIA HEALTH, LLC d/b/a OUTCOME HEALTH** | |
| Defendant. | |

**DECLARATION OF RACHEL MCCOWN**
**REGARDING NOTICE & CLAIMS ADMINISTRATION**

I, Rachel McCown, hereby declare and state as follows:

1.      My name is Rachel McCown.  I am over the age of twenty-one and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"), the Claims Administrator, for the above captioned case. I received my Bachelor of Arts degree from Texas State University-San Marcos. I am familiar with the actions taken by Epiq with respect to the settlement administration as described below.

3.      Epiq was established in 1968 as a client services and data processing company. Epiq has administered bankruptcies since 1985 and settlements since 1993, including settlements of class actions, mass tort litigation, Securities and Exchange Commission enforcement actions, Federal Trade Commission disgorgement actions, insurance disputes, bankruptcies, and other major litigation. Epiq has administered more than 1,000 settlements, including some of the largest and most complex cases ever settled. Epiq's class action case administration services include,

administering notice requirements, designing direct-mail notices, implementing notice fulfillment services, coordinating with the United States Postal Service ("USPS"), developing and maintaining notice websites and dedicated telephone numbers with recorded information and/or live operators, processing exclusion requests, objections, claim forms and correspondence, maintaining class member databases, adjudicating claims, managing settlement funds, and calculating claim payments and distributions. Epiq works with the settling parties, the court, and the class members as a neutral facilitator to implement settlement administration services based on the negotiated terms of a settlement.

4.     The facts in this declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

## OVERVIEW

5.     In *Griffith v. ContextMedia Health, LLC d/b/a Outcome Health*, Case No. 16-2900 (N.D. Ill.), Epiq was retained to provide notice and settlement administration services. On April 4, 2018, the Court approved Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Memorandum in the Notification of Docket Entry, which appointed Epiq as the Claims Administrator and defined the proposed Settlement Class as follows:

> [A]ll persons within the United States to whose cellular telephone number Defendant ContextMedia Health, LLC sent, or caused to be sent, a text message, other than an opt-out confirmation text message, as part of its "Healthy Tips" campaign, after Defendant's records or the records of any entity with whom Defendant contracted to provide text messaging services indicate that the telephone number to which the text messages were sent had previously sent a text message with the single word "STOP" or the single phrase "STOP CMH TIPS," regardless of capitalization.

6.     After the Court's preliminary approval of the Settlement, Epiq began to provide notice and settlement administration services for the settlement.  This declaration will detail the successful completion of the notice and settlement administration activities to date.

7.     To date, Notice has been implemented as ordered by the Court, including dissemination of individual notice to known or potential Settlement Class Members via postal mail, digital banner ads on Facebook and additional notice exposures via the case website.

## CAFA Notice

8.     As described in the attached *Declaration of Stephanie J. Fiereck, Esq. on Implementation of CAFA Notice*, dated April 30, 2018 ("Fiereck Declaration"), on April 13, 2018, as required by the federal Class Action Fairness Act of 2005 (CAFA), 28 U.S.C. § 1715, Epiq sent a CAFA notice packet (or "CAFA Notice") to 57 federal and state officials.  The CAFA Notice was mailed by certified mail to 56 officials, which included the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia and the United States' Territories. The CAFA Notice was also sent by United Parcel Service ("UPS") to the Attorney General of the United States.  The Fiereck Declaration is included as **Attachment A.**

### *Individual Notice*

9.     Epiq received a data file from ContextMedia Health, LLC., which contained 2,239 unique records with affected telephone numbers. Epiq received additional data files from cellular carriers for affected telephone numbers as well as associated name and address information for Settlement Class Members during the class period. Some telephone numbers were recycled during the class period, which resulted in more than one Settlement Class Member per affected telephone number. Records without a valid mailing address were sent to a third-party (PacificEast) to perform Address Research ("reverse look ups").  The reverse look-ups process is used to identify whether an available associated physical address exists for each cell phone number. A total of 678 affected phone numbers were provided for Address Research and 549 records were returned with a valid name and mailing address. Epiq combined the data and removed exact duplicate Settlement Class

Member records, which resulted in 2,285 total Settlement Class Member records (2,156 records with valid mailing addresses).

10.     Prior to mailing, all mailing addresses were checked against the National Change of Address ("NCOA") database maintained by the United States Postal Service ("USPS").[1]  Any addresses that were returned by the NCOA database as invalid were updated through a third-party address search service.  In addition, the addresses were certified via the Coding Accuracy Support System ("CASS") to ensure the quality of the zip code, and verified through Delivery Point Validation ("DPV") to verify the accuracy of the addresses.  This address updating process is standard for the industry and for the majority of promotional mailings that occur today.

11.     On June 29, 2018, Epiq mailed 2,156 Class Notices via USPS first class mail to all individuals identified as potential Settlement Class Members with a valid address. The Class Notice is included as **Attachment B**.

12.     In addition, a Claim Package (Long Form Notice and Claim Form) was mailed via USPS first class mail to all persons who requested one via the toll-free telephone number. As of October 29, 2018, four Claim Packages have been mailed as a result of such requests. The Claim Package (Long Form Notice and Claim Form) are included as **Attachment C.**

13.     On September 28, 2018, Epiq mailed 2,093 Reminder Notices via USPS first class mail to all individuals identified as potential Settlement Class Members for which the Class Notice was not returned as undeliverable. A copy of the Reminder Notice is included as **Attachment D**.

14.     The return address on the Notices is a post office box maintained by Epiq.  As of October 29, 2018, 22 Class Notices have been auto-forwarded by the USPS and four remailed by

---

[1] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years.  The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and known address.

Epiq to addresses that were returned with a forwarding address from the USPS. For Class Notices that were returned as undeliverable without a forwarding address from the USPS, Epiq undertook additional public record research, using a third-party lookup service ("ALLFIND", maintained by LexisNexis), which as of October 29, 2018, has resulted in the remailing of 72 Class Notices. Address updating and re-mailing for undeliverable Class Notices is ongoing and will continue through the Final Approval Hearing.

15.     As of October 29, 2018, Epiq has mailed Notice to 2,156 Settlement Class Members, with Notice to 63 unique Settlement Class Members currently known to be undeliverable, which is a 97.1% deliverable rate to 94.3% of the Settlement Class.

### Online Banner Notice

16.     Online Banner Notices measuring 254 x 133 pixels were placed on *Facebook* for 31 days. The Banner Notices were targeted to affected telephone numbers of Settlement Class Members. Approximately 69,127 impressions were generated by the Online Banner Notice. Clicking on the Banner Notice linked the reader to the case website where they could obtain information about the Settlement.  An example of the Banner Notice are included as **Attachment E**.

### Case Website

17.     On June 29, 2018, a neutral, informational, settlement website (www.HealthyTipsTCPASettlement.com) was established where potential Settlement Class Members can obtain additional information and documents including the Detailed Notice, Claim Form, Settlement Agreement, Preliminary Approval Order and any other information that the parties agree to provide or that the Court may require. The website also includes information on how potential Settlement Class Members can opt-out of the Settlement if they choose as well as answers to frequently asked questions.  Settlement Class Members were also able to file a claim

via the website, or download a paper Claim Form and file by mail. The website address was prominently displayed in all printed notice documents. The Banner Notices linked directly to the case website.

18. As of October 29, 2018, there have been 514 unique visitors and 2,639 website pages presented.

### *Toll-free Telephone Number and Postal Mailing Address*

19. On June 29, 2018, Epiq established a toll-free telephone Voice Response Unit ("VRU") (1-888-843-6314) to provide information to Settlement Class Members about the proposed Settlement. Callers can hear an introductory message. Callers then have the option to continue to get information about the Settlement in the form of recorded answers to frequently asked questions. Callers also have an option to request a Claim Package by mail, and an option to leave a voicemail for a call center representative to return their call. This automated telephone system is available 24 hours per day, 7 days per week.

20. As of October 29, 2018, the toll-free telephone number has received 80 calls representing 201 total minutes of use and call center representatives have made 17 outbound calls representing 42 minutes of use.

21. A post office box was established to allow Settlement Class Members to contact the claims administrator by mail with any specific requests or questions.

### **Claim Filing**

22. The deadline for Settlement Class Members to submit a claim was October 26, 2018. As of October 29, 2018, Epiq has received 286 claim forms for 242 unique Settlement Class Members. Of the 286 claims, 231 have been deemed complete and timely, seven have been deemed

incomplete, six have been denied[2], and 42 are duplicate claim submissions. The 231 complete and timely claims represent 13,444 Texts sent to affected phone numbers.

23.     The approximate cost to implement the notice plan and handle the administration of claims through September 30, 2018 for this Settlement is $79,483. This includes a cost of approximately $1,225 for the media Notice Plan (print publication, translation and associated professional services) and a cost of $78,258 to implement the mailed notice (which includes $651 for postage) and for claims administration (claims processing, website/phone support and associated project management). It is estimated that an additional $45,300 in administration costs will be required to administer the remaining aspects of the Settlement, for a total notice and administration cost of approximately $124,783.

### Exclusion Requests and Objections

24.     The deadline for Settlement Class Members to request exclusion from the settlement or to object to the settlement was September 7, 2018. As of October 29, 2018, Epiq has received no requests for exclusion of objections to the settlement.

I declare under penalty of perjury under the laws of the United States and the State of Oregon that the foregoing is true and correct and that this declaration was executed on October ___, 2018, in Beaverton, Oregon.

*Rachel McCown*

Rachel McCown
Project Manager
Epiq Class Action & Claims Solutions, Inc. ("Epiq")

---

[2] Claims can be denied for a number of reasons, including but not limited to the Claim Form missing a signature or the claimant not being identified as a valid Settlement Class Member.

DECLARATION OF RACHEL MCCOWN REGARDING NOTICE & CLAIMS ADMINISTRATION

# Attachment A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CHRISTY GRIFFITH**, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>   v.<br><br>**CONTEXTMEDIA HEALTH, LLC** d/b/a **OUTCOME HEALTH**<br><br>         Defendant. | Case No. 1:16-cv-02900 |

**DECLARATION OF STEPHANIE J. FIERECK, ESQ.**
**ON IMPLEMENTATION OF CAFA NOTICE**

I, STEPHANIE J. FIERECK, ESQ., hereby declare and state as follows:

1.     My name is Stephanie J. Fiereck, Esq.  I am over the age of 21 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.     I am the Legal Notice Manager for Epiq, a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.

3.     Epiq is a firm with more than 20 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service, claims database management, claim adjudication, funds management and distribution services.

4.     The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

**DECLARATION OF STEPHANIE J. FIERECK, ESQ.**
**ON IMPLEMENTATION OF CAFA NOTICE**

## CAFA NOTICE IMPLEMENTATION

5.      At the direction of counsel for the Defendant Contextmedia Health, LLC d/b/a/ Outcome Health, 57 officials, which included the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia and the United States' Territories were identified to receive the CAFA notice.

6.      Epiq maintains a list of these state and federal officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.      On April 13, 2018, Epiq sent 57 CAFA Notice Packages ("Notice").  The Notice was mailed by certified mail to 56 officials, including the Attorneys General of each of the 50 states, the District of Columbia and the United States' Territory officials.  The Notice was also sent by United Parcel Service ("UPS") to the Attorney General of the United States.  The CAFA Notice Service List (USPS Certified Mail and UPS) is attached hereto as **Attachment 1**.

8.      The materials sent to the Attorneys General included a cover letter which provided notice of the proposed settlement of the above-captioned case.  The cover letter is attached hereto as **Attachment 2**.

9.      The cover letter was accompanied by a CD, which included the following:

    a.      Class Action Complaint and Class Action Amended Complaints;

    b.      Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, (with exhibits);

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces.  The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

- Settlement Agreement (with exhibits), included as Exhibit A to Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement;

- Forms of Notice, included as Exhibits A & B to the Settlement Agreement;

c. Preliminary Approval Order;

d. Geographic Distribution of Class Members; and

e. Related Pleadings.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 30, 2018.

Stephanie J. Fiereck, Esq.

# Attachment 1

**CAFA Notice Service List**

**UPS**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Jeff Sessions | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |

**CAFA Notice Service List**
**USPS Certified Mail**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Jahna Lindemuth | PO Box 110300 | | Juneau | AK | 99811 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Leslie Carol Rutledge | 323 Center St Ste 200 | | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Cynthia Coffman | Ralph L Carr Colorado Judicial Center | 1300 Broadway 10th Fl | Denver | CO | 80203 |
| Office of the Attorney General | George Jepsen | 55 Elm St | | Hartford | CT | 06106 |
| Office of the Attorney General | Karl A. Racine | 441 4th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Matt Denn | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Pam Bondi | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Russell Suzuki | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Lisa Madigan | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Curtis T Hill Jr | Indiana Government Center South | 302 W Washington St 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Andy Beshear | Capitol Ste 118 | 700 Capitol Ave | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | 1885 N Third St | | Baton Rouge | LA | 70802 |
| Office of the Attorney General | Maura Healey | 1 Ashburton Pl | | Boston | MA | 02108 |
| Office of the Attorney General | Brian E. Frosh | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Janet T Mills | 6 State House Sta | | Augusta | ME | 04333 |
| Department of Attorney General | Bill Schuette | PO Box 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Lori Swanson | 445 Minnesota St | Suite 1400 | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Josh Hawley | PO Box 899 | | Jefferson City | MO | 65102 |
| MS Attorney General's Office | Jim Hood | Walter Sillers Bldg | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Office of the Attorney General | Tim Fox | Department of Justice | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Wayne Stenehjem | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505 |
| Office of the Attorney General | Doug Peterson | 2115 State Capitol | | Lincoln | NE | 68509 |
| Office of the Attorney General | Gordon MacDonald | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Gurbir S Grewal | 8th Fl West Wing | 25 Market St | Trenton | NJ | 08625 |
| Office of the Attorney General | Hector Balderas | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Adam Paul Laxalt | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | Eric T Schneiderman | The Capitol | | Albany | NY | 12224 |
| Office of the Attorney General | Mike DeWine | 30 E Broad St 14th Fl | | Columbus | OH | 43215 |
| Office of the Attorney General | Mike Hunter | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter Kilmartin | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | Rembert Dennis Office Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 |
| Office of the Attorney General | Marty J Jackley | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Herbert H. Slatery III | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | 300 W 15th St | | Austin | TX | 78701 |
| Office of the Attorney General | Sean D. Reyes | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Mark R. Herring | 202 North Ninth Street | | Richmond | VA | 23219 |
| Office of the Attorney General | T.J Donovan | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 Fifth Avenue | Suite 2000 | Seattle | WA | 98104 |
| Office of the Attorney General | Brad D. Schimel | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex | Bldg 1 Room E 26 | Charleston | WV | 25305 |
| Office of the Attorney General | Peter K Michael | 2320 Capitol Avenue | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Talauega Eleasalo V. Ale | Executive Office Building | 3rd Floor | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Elizabeth Barrett-Anderson | ITC Building | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Wanda Vazquez Garced | Apartado 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Claude Walker | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | St Thomas | VI | 00802 |

Attachment 2

**NOTICE ADMINISTRATOR FOR UNITED STATES DISTRICT COURT**

HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

April 13, 2018

**VIA UNITED PARCEL SERVICE OR CERTIFIED MAIL**

| Class Action Fairness Act – Notice to Federal and State Officials |
| --- |

Dear Sir or Madam:

Pursuant to the "Class Action Fairness Act," ("CAFA"), 28 U.S.C. §1715, please find enclosed information from ContextMedia Health, LLC relating to the proposed settlement of a class action lawsuit.

- **Case:** *Griffith v. ContextMedia, Inc.*, Case No. 1:16-cv-02900.

- **Court:** United States District Court, Northern District of Illinois.

- **Defendant:** ContextMedia Health, LLC.

- **Judicial Hearing Scheduled:** A Final Approval Hearing has been scheduled by the Court for November 16, 2018, at 9:45 a.m. At the time of the hearing, these matters may be continued without further notice.

- **Documents Enclosed:** Copies of the following documents are contained on the enclosed CD:

  1. Class Action Complaint and Class Action Amended Complaints;

  2. Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, (with exhibits);

     - Settlement Agreement (with exhibits), included as Exhibit A to Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement;

     - Forms of Notice, included as Exhibits A & B to the Settlement Agreement;

  3. Preliminary Approval Order;

  4. Geographic Distribution of Class Members; and

  5. Related Pleadings.

Very truly yours,

Notice Administrator for United States District Court

Enclosures

# Attachment B

Healthy Tips Settlement Administrator
PO Box 4028
Portland, OR 97208-4028

Presorted
First-Class Mail
US Postage
**PAID**
TGC

Important Notice About a Class Action Settlement

*Griffith v. ContextMedia Health, LLC*
Case No. 1:16-cv-02900
United States District Court
Northern District of Illinois

**If you or someone on your account was sent one or more Healthy Tips text messages after you or they had texted back "STOP" or "STOP CMH TIPS," you or they may be entitled to a payment from a class action Settlement**

747600021311



**Cash Payment Claim Form**

To make a Claim for a cash payment from the Settlement Fund, you must fill out, sign and return this card by **October 26, 2018**, or you can submit your claim online by **11:59 p.m. PST on October 26, 2018** at www.HealthyTipsTCPASettlement.com by inputting your unique identification number.

Cell phone number on which you received the "Healthy Tips" text messages:

| | | | - | | | | - | | | | |

Unique Identification Number:

Please have the **primary user** of the above telephone number when the text messages were received (approximately July 28, 2015 to March 31, 2016) fill out and sign below.

First Name:                                    MI:    Last Name:

Current Address:

City:                                          State:     ZIP Code:

Current contact telephone number, if available:

| | | | - | | | | - | | | | |

Email Address, if available:

Signature:                                     Date (MM/DD/YY):

747600021311

**If you or someone on your account were sent one or more Healthy Tips text messages after you or they had texted back "STOP" or "STOP CMH TIPS," you or they may be entitled to a payment from a class action Settlement**

A $2.9 million Settlement has been reached in a class action lawsuit about whether ContextMedia Health, LLC ("Defendant") sent text messages to wireless telephone numbers without the consent of the recipients in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). The Defendant denies the allegations in the lawsuit, and the Court has not decided who is right.

**Who's Included? The Defendant's records show that you or someone on your cell phone account is likely a Settlement Class Member.** The Class includes all persons within the United States to whose cellular telephone number Defendant ContextMedia Health, LLC sent, or caused to be sent, a text message, other than an opt-out confirmation text message, as part of its "Healthy Tips" campaign, after Defendant's records or the records of any entity with whom Defendant contracted to provide text messaging services indicate that the telephone number to which the text messages were sent had previously sent a text message with the single word "STOP" or the single phrase "STOP CMH TIPS," regardless of capitalization.

**What Are the Settlement Terms?** The Defendant has agreed to pay $2,900,000 to create a Settlement Fund to pay cash payments to valid claimants, attorney fees, a service award, costs, expenses and settlement administration. The cash payments will be distributed on a pro rata per text message basis to valid claimants depending on the total number of text messages included in all valid claims filed. Each Settlement Class Member may only file one valid claim per unique affected cell phone number.

**How Can Class Members Get a Payment?** Fill out and return the included Claim Form by regular U.S. mail, postmarked on or before **October 26, 2018**. You may also file a claim online at www.HealthyTipsTCPASettlement.com. The deadline to file a claim online is **11:59 p.m. PST on October 26, 2018**.

**Your Rights May Be Affected.** If you do not want to be bound by the Settlement you must exclude yourself by S**eptember 7, 2018**. If you do not exclude yourself you will release claims you may have against the Defendant as more fully described in the Settlement Agreement available at the settlement website. If you stay in the Class you may object to the Settlement by **September 7, 2018**. The Detailed Notice available on the website listed below explains how to exclude yourself or object. The Court will hold a hearing on **November 16, 2018** to consider whether to approve the Settlement and a request for actual costs and expenses, and up to 1/3 of the Settlement Fund for attorneys' fees, and a Class Representative service award of up to $10,000. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to. For more information, call or visit the Settlement website.

**www.HealthyTipsTCPASettlement.com • 1-888-843-6314**



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL        PERMIT NO 581        PORTLAND OR

POSTAGE WILL BE PAID BY ADDRESSEE

HEALTHY TIPS SETTLEMENT ADMINISTRATOR
PO BOX 4028
PORTLAND OR 97208-9967

Attachment C

Healthy Tips Settlement Administrator
PO Box 4028
Portland, OR 97208-4028



*747600043299*
000 0000001 00000000 0001 0011 00002 INS:

This Page Intentionally Left Blank



UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

# If you or someone on your account was sent one or more Healthy Tips text messages after you or they had texted back "STOP" or "STOP CMH TIPS," you or they may be entitled to a payment from a class action Settlement.

*A federal court directed this notice. This is not a solicitation from a lawyer.*

- A $2.9 million Settlement has been reached in a class action lawsuit about whether ContextMedia Health, LLC ("Defendant") sent text messages to wireless telephone numbers without the consent of the recipients in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). The Defendant denies the allegations in the lawsuit, and the Court has not decided who is right.

- The Settlement offers payments to Settlement Class Members who file valid claims. The amount of money you may be eligible for depends on the number of texts received after you texted "STOP" or "STOP CMH TIPS" (regardless of capitalization). Only one Claim may be submitted for each unique cell number.

- Your legal rights are affected whether you act or do not act. Read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | Submit a Claim Form online or by mail seeking cash payment. |
| **EXCLUDE YOURSELF** | Request to be excluded and get no benefits from the Settlement. This is the only option that allows you to start or continue your own lawsuit against the Defendant for the claims at issue in the Settlement. |
| **OBJECT** | Write to the Court about why you do not like the Settlement. |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | Get no benefits. Give up any rights you might have to sue the Defendant about the claims resolved by the Settlement. |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the Settlement. If it does, and after any appeals are resolved, benefits will be distributed to those who submit qualifying claim forms. Please be patient.

**QUESTIONS? CALL 1-888-843-6314 OR VISIT www.HealthyTipsTCPASettlement.com**



## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** ..............................................................................................**PAGE 3**
    1. Why is there a notice?
    2. What is this litigation about?
    3. What is the Telephone Consumer Protection Act?
    4. Why is this a class action?
    5. Why is there a Settlement?

**WHO IS PART OF THE SETTLEMENT**....................................................................**PAGE 4**
    6. Who is included in the Settlement?
    7. What if I am not sure whether I am included in the Settlement?
    8. I did not receive these text messages. Why did I receive notice?

**THE SETTLEMENT BENEFITS** ..............................................................................**PAGE 4**
    9. What does the Settlement provide?
    10. How much is each Claim worth?
    11. How do I file a claim?
    12. When will I receive my payment?

**EXCLUDING YOURSELF FROM THE SETTLEMENT** .............................................**PAGE 5**
    13. How do I get out of the Settlement?
    14. If I do not exclude myself, can I sue the Defendant for the same thing later?
    15. What am I giving up to stay in the Settlement Class?
    16. If I exclude myself, can I still get a payment?

**THE LAWYERS REPRESENTING YOU** ...................................................................**PAGE 6**
    17. Do I have a lawyer in the case?
    18. How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENT**.......................................................................**PAGE 7**
    19. How do I tell the Court if I do not like the Settlement?
    20. What is the difference between objecting and asking to be excluded?

**THE COURT'S FINAL APPROVAL HEARING** .........................................................**PAGE 7**
    21. When and where will the Court decide whether to approve the Settlement?
    22. Do I have to attend the hearing?
    23. May I speak at the hearing?

**IF YOU DO NOTHING** ...........................................................................................**PAGE 8**
    24. What happens if I do nothing at all?

**GETTING MORE INFORMATION** ...........................................................................**PAGE 8**
    25. How do I get more information?

U4252 v.03

# BASIC INFORMATION

| 1. Why is there a notice? |
|---|

A Court authorized this notice because you have a right to know about the proposed Settlement of a class action lawsuit known as *Griffith v. ContextMedia Health, LLC d/b/a Outcome Health,* Case No. 1:16-cv-02900, and about all of your options before the Court decides whether to give final approval to the Settlement. This notice explains the lawsuit, the Settlement, and your legal rights.

Judge Elaine E. Bucklo of the United States District Court, Northern District of Illinois is overseeing this case. The person who sued, Christy Griffith, is called the "Plaintiff." ContextMedia Health, LLC is the "Defendant."

| 2. What is this litigation about? |
|---|

The lawsuit alleges that ContextMedia Health, LLC sent text messages to Plaintiff's wireless telephone number without prior express written consent and in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). The text messages at issue in the litigation were sent from Defendant's "Healthy Tips" service, through which Defendant would send to Class Members' cell phones a text message containing a nutrition tip each day. Specifically, the lawsuit alleges that the Defendant continued to send these text messages after Class Members had replied "STOP" or "STOP CMH TIPS." The lawsuit seeks actual and statutory damages under the TCPA on behalf of the named Plaintiff, Christy Griffith, and a proposed class of all individuals in the United States who received the texts.

The Defendant denies the allegations and disputes that it violated the TCPA in any respect, including but not limited to; whether any exemptions or exceptions apply with respect to the TCPA; whether an automatic telephone dialing system was used; whether there was a proper revocation in each instance by each putative class member, etc.; or that Plaintiff and putative class members are entitled to any relief.

The Plaintiff's Third Amended Class Action Complaint, the Settlement Agreement, and other case-related documents are posted on the website, www.HealthyTipsTCPASettlement.com. The Settlement resolves the lawsuit. The Court has not decided who is right.

| 3. What is the Telephone Consumer Protection Act? |
|---|

The Telephone Consumer Protection Act (commonly referred to as the "TCPA") is a federal law that restricts telephone solicitations and the use of automated telephone equipment. The Plaintiff here alleged that the Defendant sent text messages to Settlement Class Members without their prior written consent in violation of the TCPA.

| 4. Why is this a class action? |
|---|

In a class action, one or more people called "Class Representatives" (in this case, Plaintiff Christy Griffith) sue on behalf of themselves and other people with similar claims. Together, all the people with similar claims (except those who exclude themselves) are members of a "Settlement Class."

| 5. Why is there a Settlement? |
|---|

The Court has not decided in favor of the Plaintiff or Defendant. Instead, both sides have agreed to the Settlement. By agreeing to the Settlement, the Parties avoid the costs and uncertainty of a trial, and if the Settlement is approved by the Court, Settlement Class Members will receive the benefits described in this notice. The proposed Settlement does not mean that any law was broken or that the Defendant

did anything wrong. The Defendant denies all legal claims in this case. Plaintiff and her lawyers think the proposed Settlement is best for everyone who is affected.

# WHO IS PART OF THE SETTLEMENT

## 6. Who is included in the Settlement?

The Settlement includes all persons within the United States to whose cellular telephone number Defendant ContextMedia Health, LLC sent, or caused to be sent, a text message, other than an opt-out confirmation text message, as part of its "Healthy Tips" campaign, after Defendant's records or the records of any entity with whom Defendant contracted to provide text messaging services indicate that the telephone number to which the text messages were sent had previously sent a text message with the single word "STOP" or the single phrase "STOP CMH TIPS," regardless of capitalization. These people are called the "Settlement Class" or "Settlement Class Members."

When capitalized in this notice, the term "Texts" means: outbound texts made by ContextMedia, or on its behalf, as part of its "Healthy Tips" campaign, sent to Settlement Class Members as described above.

## 7. What if I am not sure whether I am included in the Settlement?

If you are not sure whether you are in the Settlement Class or have any other questions about the Settlement, visit the settlement website at www.HealthyTipsTCPASettlement.com. You may also call the toll-free number, 1-888-843-6314. You also may send questions to the Settlement Administrator at Healthy Tips Settlement Administrator, PO Box 4028, Portland, OR 97208-4028.

## 8. I did not receive these text messages. Why did I receive notice?

The only information the Parties had regarding who was sent the Texts was the telephone numbers to which the Texts were sent. Accordingly, Class Counsel issued subpoenas to carriers to obtain the name and address associated with the phone numbers to which the Texts were sent. However, carriers often only know the identity of the account holder associated with a telephone number, rather than the primary user of that telephone number. As such, if you received notice but do not recall receiving these text messages, please ask anyone whose telephone number was on your account between July 28, 2015 and March 31, 2016 whether they recall receiving these messages. If so, please have that person fill out the claim form.

# THE SETTLEMENT BENEFITS

## 9. What does the Settlement provide?

The Defendant has agreed to pay or cause to be paid $2,900,000 to create a "Settlement Fund." The Settlement Fund will be used to pay approved Claims and all Settlement Costs (an incentive payment to the Class Representative, any awarded attorneys' fees and costs, and any costs associated with the administration of this settlement). The cash payments will be distributed on a pro rata per text message basis to valid claimants depending on the total number of text messages included in all valid claims filed. Each Settlement Class Member may only file one valid claim per unique affected cell phone number.

U4254 v.03

## 10. How much is each Claim worth?

The amount paid to each valid Claimant will depend on the total number of Texts included in all valid Claims and will be determined by the following formula:

($2.9 million Settlement Fund – Settlement Costs) ÷ (Total Number of Texts Sent to Claiming Class Members) = Cash Award Per Text.

For example, if there is $2,000,000 in the Settlement Fund after Settlement Costs, and there are 1,000 Settlement Class Members who make valid and timely claims, whose total Texts equaled 25,000 Texts, the per-Text pro rata share would be $80 per Text (i.e. $2,000,000 ÷ 25,000). So, if one of the 1,000 Settlement Class Member who made a valid and timely claim had received 20 Texts, that Settlement Class Member would receive a payment of $1,600 (i.e. $80 X 20).

The numbers above are used to show how the value of each Claim will be calculated. The final Cash Award Per Text will depend on the number of Texts included in all valid Claims and could be more or less than the example shown above.

## 11. How do I file a claim?

If you qualify for a cash payment you must complete and submit a valid Claim Form. You can file your Claim Form online at www.HealthyTipsTCPASettlement.com. The deadline to file a claim online is **11:59 p.m. PST on October 26, 2018**.

You may also file your Claim Form via regular mail. Claim Forms submitted by mail must be postmarked on or before **October 26, 2018** to:

Healthy Tips Settlement Administrator
PO Box 4028
Portland, OR 97208-4028

The Claim Form will ask you to provide your 1) name; 2) current address; 3) cell phone number on which you received Text(s) from ContextMedia; 4) current contact telephone number, if available; and 5) contact email address, if available.

No matter which method you choose to file your Claim Form, please read the Claim Form carefully and provide all the information required. Only one Claim Form per unique cell phone number included in the Class may be submitted.

## 12. When will I receive my payment?

Payments to valid Class Members will be made only after the Court grants "final approval" to the Settlement and after any appeals are resolved (*see* "The Court's Final Approval Hearing" below). If there are appeals, resolving them can take time. Please be patient.

# EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want benefits from the Settlement, and you want to keep any right you might have to sue the Defendant about the issues in this case, then you must take steps to get out of the Settlement. This is called excluding yourself or "opting out" of the Settlement Class.



## 13. How do I get out of the Settlement?

To exclude yourself from the Settlement, you must send a letter or other written document by mail to:

Healthy Tips Settlement Administrator
PO Box 4028
Portland, OR 97208-4028

Your request to be excluded from the Settlement must be personally signed by you, include your full name, address, telephone number, and the telephone number(s) to which ContextMedia sent the Texts (if different) and contain a statement that indicates your desire to be "excluded from the Settlement Agreement."

Your exclusion request must be postmarked no later than **September 7, 2018**. You cannot ask to be excluded on the phone, by email, or at the website.

You may opt out of the Settlement Class only for yourself. So-called "mass" or "class" opt-outs filed by third parties on behalf of a "mass" or "class" of Settlement Class Members, when not signed by each Settlement Class Member, will not be valid.

## 14. If I do not exclude myself, can I sue the Defendant for the same thing later?

No. Unless you exclude yourself, you give up any right you might have to sue the Defendant for legal claims that the Settlement resolves. You must exclude yourself from the Settlement Class in order to try to maintain your own lawsuit. If you start your own lawsuit, you will have to hire your own lawyer, and you will have to prove your claims.

## 15. What am I giving up to stay in the Settlement Class?

Unless you exclude yourself from the Settlement, you cannot sue or be part of any other lawsuit against the Defendant about the issues in this case, including any existing litigation, arbitration, or proceeding. Unless you exclude yourself, all of the decisions and judgments by the Court will bind you. If you file a Claim Form for benefits or do nothing at all, you will be releasing the Defendant from all of the claims described and identified in Section XIII of the Settlement Agreement.

The Settlement Agreement is available at www.HealthyTipsTCPASettlement.com. The Settlement Agreement provides more detail regarding the release and describes the released claims with specific descriptions in necessary, accurate legal terminology, so read it carefully. You can talk to the law firms representing the Class listed in Question 17 for free, or you can, at your own expense, talk to your own lawyer if you have any questions about the released claims or what they mean.

## 16. If I exclude myself, can I still get a payment?

No. You will not get a payment from the Settlement Fund if you exclude yourself from the Settlement.

# THE LAWYERS REPRESENTING YOU

## 17. Do I have a lawyer in the case?

The Court has appointed The Glapion Law Firm, LLC and Tycko & Zavareei LLP as "Class Counsel" to represent all members of the Settlement Class.

You will not be charged for these lawyers. If you want to be represented by another lawyer, you may hire one to appear in Court for you at your own expense.

**QUESTIONS? CALL 1-888-843-6314 OR VISIT www.HealthyTipsTCPASettlement.com**

U4256 v.03

## 18. How will the lawyers be paid?

Class Counsel intend to request their actual costs and expenses, and up to 1/3 of the Settlement Fund for attorneys' fees. The fees and expenses awarded by the Court will be paid out of the Settlement Fund. The Court will decide the amount of fees and expenses to award.

Class Counsel also will request an incentive payment, not to exceed $10,000, for the Class Representative for the time and effort she has personally invested on behalf of the Settlement Class.

# OBJECTING TO THE SETTLEMENT

## 19. How do I tell the Court if I do not like the Settlement?

If you are a Settlement Class Member (and do not exclude yourself from the Settlement Class), you can object to any part of the Settlement. To object, you must submit a letter or other written document that includes the following:

- Your full name, address and telephone number;

- The telephone number(s) to which ContextMedia sent the Texts (if different);

- The reasons for your objection;

- The name of your lawyer for the objection (if any);

- Information about other objections you or your lawyer have made in other class action cases in the last four (4) years; and

- Whether you intend to appear at the Final Approval Hearing (see below) on your own behalf or through your lawyer.

You must file your objection with the Court (using the Court's electronic filing system or in any manner in which the Court accepts filings) so that it is **received** by **September 7, 2018**. Any documents supporting your objection must also be attached to the objection.

## 20. What is the difference between objecting and asking to be excluded?

Objecting is simply telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself. Excluding yourself is telling the Court that you do not want to be part of the Settlement. If you exclude yourself, you have no basis to object to the Settlement because it no longer affects you.

# THE COURT'S FINAL APPROVAL HEARING

The Court will hold a hearing to decide whether to approve the Settlement and any requests for fees and expenses ("Final Approval Hearing").

## 21. When and where will the Court decide whether to approve the Settlement?

The Court has scheduled a Final Approval Hearing on **November 16, 2018 at 9:45 a.m.**, at the United States District Court for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check

**QUESTIONS? CALL 1-888-843-6314 OR VISIT www.HealthyTipsTCPASettlement.com**

U4257 v.03



www.HealthyTipsTCPASettlement.com for updates. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider the requests by Class Counsel for attorneys' fees and expenses and for the incentive payment to the Class Representative. If there are objections, the Court will consider them at that time. After the hearing, the Court will decide whether to approve the Settlement. It is unknown how long these decisions will take.

## 22. Do I have to attend the hearing?

No. Class Counsel will answer any questions the Court may have. But, you are welcome to attend the hearing at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you submitted your written objection on time and it complies with the other requirements set forth above, the Court will consider it. You also may pay your own lawyer to attend the hearing, but it is not necessary.

## 23. May I speak at the hearing?

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, your filed objection must include a statement of whether you intend to appear at the Final Approval Hearing (*See* Question 19 above).

You cannot speak at the hearing if you exclude yourself from the Settlement.

# IF YOU DO NOTHING

## 24. What happens if I do nothing at all?

If you are a Class Member and do nothing, you will not get benefits from the Settlement. And, unless you exclude yourself, you will be bound by the judgment entered by the Court. This means you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit or proceeding against the Defendant about the statements and claims at issue in this case.

# GETTING MORE INFORMATION

## 25. How do I get more information?

This notice summarizes the proposed Settlement. More details are in the Settlement Agreement. For a complete, definitive statement of the Settlement terms, refer to the Settlement Agreement at www.HealthyTipsTCPASettlement.com. You may also write with questions to the Settlement Administrator at Healthy Tips Settlement Administrator, PO Box 4028, Portland, OR 97208-4028, or call the toll-free number, 1-888-843-6314.

**QUESTIONS? CALL 1-888-843-6314 OR VISIT www.HealthyTipsTCPASettlement.com**

U4258 v.03

*747600043299*

*Griffith v. ContextMedia Health, LLC*, No. 1:16-cv-02900
United States District Court, Northern District of Illinois

## **CASH PAYMENT CLAIM FORM**

To make a claim for a Cash Award from the Settlement Fund, you must fill out, sign, and return this form by **October 26, 2018**.

To submit by U.S. Mail, send the Claim Form to the following address:

Healthy Tips TCPA Administrator
P.O. Box 4028
Portland, OR 97208-4028

Cellphone number at which you received the "Healthy Tips" text messages

☐☐☐ – ☐☐☐ – ☐☐☐☐

Please have the **primary user** of the above phone number when the text messages were received (approximately July 28, 2015, to March 31, 2016) fill out and sign below.

First Name

MI

Last Name

Current Address

City

State

ZIP Code

Current Contact Phone Number (if available)

Email Address

Signature: 

Date: ☐☐ – ☐☐ – ☐☐
MM    DD    YY

Questions? Visit www.HealthyTipsTCPASettlement.com or call 1-888-843-6314.

01-CA7476
U4261 v.05 07.10.2018



# Attachment D

Healthy Tips Settlement Administrator
PO Box 4028
Portland, OR 97208-4028

PRESORTED
FIRST-CLASS MAIL
AUTO
U.S. POSTAGE
PAID
PORTLAND, OR
PERMIT NO. 2882

## Important Reminder Notice About a Class Action Settlement

**This notice was sent to all class members. If you have already submitted a claim or opted out of the Settlement, you may disregard this notice.**

*Griffith v. ContextMedia Health, LLC*
Case No. 1:16-cv-02900
United States District Court
Northern District of Illinois

**You may still participate by filing a claim. If your claim is approved, you may be entitled to cash compensation. The deadline to file a claim online is October 26, 2018.**



747600031104



1
1

**Unique Identification Number:** ████████

**This is an important reminder notice about the class action Settlement, *Griffith v. ContextMedia Health, LLC*. If you were sent one or more CMH Nutrition Tips text messages after you had texted back "STOP" or "STOP CMH TIPS," you may be entitled to a payment from this Settlement.**

A $2.9 million Settlement has been reached in a class action lawsuit about whether ContextMedia Health, LLC ("Defendant") sent text messages to wireless telephone numbers without the consent of the recipients in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). The Defendant denies the allegations in the lawsuit, and the Court has not decided who is right.

**Who's Included? The Defendant's records show that you are likely a Settlement Class Member** whose cellular telephone number Defendant ContextMedia Health, LLC sent, or caused to be sent, a text message other than an opt-out confirmation text message, as part of its "Healthy Tips" campaign, after Defendant's records or the records of any entity with whom Defendant contracted to provide text messaging services indicated that the telephone number to which the text messages were sent had previously sent a text message with the single word "STOP" or the single phrase "STOP CMH TIPS," regardless of capitalization.

**What Are the Settlement Terms?** Defendants have agreed to pay $2,900,000 to create a Settlement Fund to pay cash payments to valid claimants, attorneys' fees, a service award, costs, expenses and settlement administration. The cash payments will be made on a per-text basis, depending on the total number of texts claimed in all valid claims filed.

**How Can I Get a Payment?** File a claim online at the website (www.HealthyTipsTCPASettlement.com) by inputting your Unique Identification Number. The deadline to file a claim online is **11:59 p.m. PST on October 26, 2018.**

If you have already submitted a claim or opted out of the Settlement, then you may disregard this reminder notice.

You can get more information about the Settlement by visiting the Settlement website at www.HealthyTipsTCPASettlement.com or by calling the toll-free number, 1-888-843-6314.

V7201 v.02 09.18.2018

Attachment E

